**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                             CASE NO: 3:14-cr-21-J-32PDB

MICHAEL HOLMES

_____

### <u>O R D E R</u>

This case is before the Court <u>sua</u> <u>sponte</u>. As the parties are aware, the Court has under active consideration Defendant Michael Holmes's Motion to Suppress Evidence (Doc. 24). The Court has taken longer than usual to decide the motion to suppress, which raises difficult questions of Fourth Amendment law for which there are no ready answers. Though no party has brought it to the Court's attention, the Court has recently become aware that the "speedy trial clock" of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-3174, may have begun to run during the Court's consideration of the motion and may, arguably, have run out. <u>See</u> <u>Henderson v. United States</u>, 476 U.S. 321 (1986); <u>United States v. Jones</u>, 601 F.3d 1247 (11th Cir. 2010); <u>United States v. Mers</u>, 701 F.2d 1321 (11th Cir. 1983); <u>also</u> 18 U.S.C. § 3161(h)(1)(D), (H), (h)(7).

Before the Court makes any such determination, the parties should advise whether they believe the speedy trial deadline has passed and, if so, when.[1] The

_____

[1] The Court has directed that the record of the April 27, 2015 hearing be transcribed and filed for the parties' reference in determining their positions. The Court is interested to know, among other things, whether the parties believe the Court made a sufficient "ends of justice" finding under the Speedy Trial Act, 18 U.S.C. §

parties should also address whether the Court should dismiss the indictment with or without prejudice in the event the deadline has passed. In the meantime, the defendant's motion to suppress will remain under active consideration.

Accordingly, it is hereby **ORDERED** that, on or before **October 2, 2015**, the defendant and the United States shall each file a brief as requested in this Order.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of September, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Michael Coolican, AUSA
Cherie L. Krigsman, AUSA
Janet Ellen Johnson, Esquire
Jesse Nolan Dreicer, Esquire
Rosemary Cakmis, Assistant Federal Defender
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant

---

3161(h)(7)(A), during the hearing.